**Order entered February 17, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00169-CV

### TOM BENSON, D/B/A LOW PRICE BAIL BONDS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the County Criminal Court of Appeals No. 1
### Dallas County, Texas
### Trial Court Cause No. MC-14-R0012-D

## ORDER

Before the Court is appellant's February 12, 2015, motion to determine proper designation of case and appropriate appellate filing fee. In his motion, appellant asks this Court to change the designation of this case from civil to criminal and determine that, because this is a criminal proceeding, it is exempt from the appellate filing fee. We **DENY** the motion to the extent the case will remain on our docket as a civil case. We **GRANT** the motion to the extent that we **DIRECT** the Clerk of the Court that no filing fee or motion fees will be collected in this bond forfeiture appellate proceeding. *See Safety Nat'l Cas. Corp. v. Texas*, 305 S.W.3d 586, 588 (Tex. Crim. App. 2010).

/s/     CRAIG STODDART
            JUSTICE